UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KETIH M. SANDS JR. | ) | |
| | ) | |
| v. | ) | C.R. No: 00-020L |
| UNITED STATES OF AMERICA | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant United States Attorney and hereby moves that the time for filing a response to Petitioner, Keith M.. Sands, Jr.'s, Motion to Compel This Court to Modify/Reduce Petitioner's Sentence Pursuant to 18 U.S.C. § 3582(c)(2), based Upon the United States Sentencing Commission's Amendment 9 and 12 Lowering by 2 Levels, Sentences Involving Crack Cocaine, Which Congress Passed November 1, 2007, Asking the Court to Rule In Abeyance on The Issue of Retroactivity, be enlarged up to and including February 9, 2008.

This motion prematurely raises novel issues based on a recent retroactive revision of the sentencing guidelines governing cases involving crack cocaine. The United States expects to be inundated with such motions and is crafting a uniform approach and response. The Government has also been conferring with the Probation Office and expects to confer with the Federal Defender's Office regarding these matters. The defendant is serving a sentence of 188 months and will not be prejudiced by a brief delay. He is presently scheduled to be released on October 2, 2013.

The United States' therefore requests a thirty (30) day enlargement up to and including February 9, 2008.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
Gerard.sullivan@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 10th day of January, 2008 I caused a copy of the foregoing Motion for Extension of Time to be electronically filed with the Court and is available for downloading and viewing, and also forwarded, by postage prepaid mail, to:

**Keith M. Sands, Jr.**
#04823-070
FCI-Bennettsville
P.O. Box 52020
Bennettsville, SC 29512
PRO SE

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
Gerard.sullivan@usdoj.gov